FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 JUL 25  A 10: 33

BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

TIMOTHY M. STRAIN, ET UX

VERSUS

UNITED STATES OF AMERICA, ET AL

CIVIL ACTION

08-05-JVP-DLD

## JUDGMENT

For the reasons set forth in the ruling of the court dated July 24, 2008 (doc. 18);

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** with prejudice in favor of defendants, the United States of America acting through the Internal Revenue Service, and defendants Denise Bradley, Debra K. Hurst, Betsy Kinter, Cheryl Sherwood, R.A. Mitchell, Dennis Parizek, Scott Prentky, and Wallace B. Schneidau, and against plaintiffs, Timothy M. Strain and Constance L. Strain.

Baton Rouge, Louisiana, July 25, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

1